1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11   INFINITE FINANCIAL SOLUTIONS,    )        3:13-cv-00466-HDM-WGC
     INC., SILVER EAGLE LABS, INC.,   )
12   and NICOSPAN, INC.,              )
                                      )        ORDER
13              Plaintiffs,           )
                                      )
14   vs.                              )
                                      )
15   STRUKMYER, LLC, SILVER EAGLE LABS)
     NV, LLC, SILVER EAGLE LABS, LLC, )
16   ROBERT DELK, et al.,             )
                                      )
17              Defendants.           )
     _____)

18

19        All proceedings in this action shall be stayed until the court

20   conducts a status conference on November 14, 2013 at 8:00 AM.

21        **IT IS SO ORDERED.**

22        DATED: This 1st day of November, 2013.

23

24   _____
     UNITED STATES DISTRICT JUDGE
25

26

27

28