KENT R. ROBISON, ESQ. - NSB # 1167
krobison@rbsllaw.com
KRISTEN L. MARTINI, ESQ. - NSB # 11272
kmartini@rbsllaw.com
**Robison, Belaustegui, Sharp & Low**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169

LAWRENCE A. JACOBSON, ESQ. (admitted *pro hac vice*)
laj@cohenandjacobson.com
SEAN M. JACOBSON, ESQ. (admitted *pro hac vice*)
sean@cohenandjacobson.com
Cohen and Jacobson, LLP
900 Veterans Boulevard, Suite 600
Redwood City, CA 94063
Telephone: (650) 261-6280
Facsimile: (650) 368-6221

Attorneys for Plaintiffs /Counterdefendants
Infinite Financial Solutions, Inc.,
Silver Eagle Labs, Inc., NicoSpan, Inc.
Michele Lockwood and Hanford Lockwood

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| INFINITE FINANCIAL SOLUTIONS, INC., a Nevada Corporation; SILVER EAGLE LABS, INC., a Nevada Corporation; and NICOSPAN, INC, a Nevada Corporation,<br><br>Plaintiffs,<br><br>STRUKMYER, LLC, a Texas Limited Liability Company; SILVER EAGLE LABS NV, LLC, a Nevada Limited Liability Company; SILVER EAGLE LABS, LLC, a Texas Limited Liability Company; ROBERT DELK, an individual; and DOES 1-50, inclusive,<br><br>Defendants.<br>_____/<br>STRUKMYER, LLC,<br><br>Counterclaimaint, | CASE NO.: 3:13-cv-00466-HDM-WGC<br><br>**JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME FOR PARTIES TO FILE A JOINT DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO COURT ORDER (DOC. 59) AND ORDER THEREON**<br><br>**(First Request)** |

1 vs.

2 INFINITE FINANCIAL SOLUTIONS,
INC.; SILVER EAGLE LABS, INC.;
3 MICHELE LOCKWOOD; and
4 HANFORD LOCKWOOD,

5         Counterdefendants.
        _____/
6

7         The parties, through their undersigned counsel, do hereby request an additional two (2)
8 weeks, to and including January 29, 2014, in which to file their Joint Discovery Plan and
9 Scheduling Order in compliance with L.R. 26-1 as ordered by this Court in its Minutes
10 (Doc. 59) due to the complexities of this case. This action now involves two lawsuits. The case
11 transferred to this district from the District of Texas, now considered a Counterclaim, and the
12 allegations in the Plaintiffs' Complaint both involve complicated trademark and patent issues, as
13 well as other complicated commercial transactions. The parties believe that patent rules require
14 additional scheduling deadlines and other procedural requirements. The parties, therefore, need
15 additional time in which to draft and submit their proposed Discovery Plan and Scheduling
16 Order.

17         DATED this 15th day of January, 2014.

18                               ROBISON, BELAUSTEGUI, SHARP & LOW
                              A Professional Corporation
19                               71 Washington Street
                              Reno, Nevada 89503
20

21                               _____
                              KENT R. ROBISON - NSB #1167
22                               KRISTEN L. MARTINI - NSB #11272
                              Attorneys for Plaintiffs
23

24                               LAWRENCE A. JACOBSON, ESQ.
                              SEAN M. JACOBSON, ESQ.
                              COHEN AND JACOBSON, LLP
25                               900 Veterans Blvd., Suite 600
                              Redwood City, California 94063
26                               *Attorneys for Plaintiffs /Counterdefendants*
                              *Infinite Financial Solutions, Inc.,*
27                               *Silver Eagle Labs, Inc., NicoSpan, Inc.*
                              *Michele Lockwood and Hanford Lockwood*

28

DATED this 15th day of January, 2014.

MCDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, Nevada 89505-2670

_____
LEIGH T. GODDARD - NSB #6315
MEGAN STARICH - NSB #11284
*Attorneys for Defendants/Counterclaimant
Strukmyer, LLC, Silver Eagle Labs NV, LLC,
Silver Eagle Labs, LLC and Robert Delk*

## ORDER

IT IS SO ORDERED. The parties shall file their Joint Discovery Plan and Scheduling Order on or before January 29, 2014.

DATED this  16th  day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Robison, Belaustegui,
Sharp & Low
71 Washington Street
Reno, Nevada 89503
(775) 329-3151

J:\WPData\Kr\1277.001-Infinite\P-Stip.Order Extension Jt. Disc.Plan.wpd

3